IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**VICTOR D. VICKERS,**

                **Plaintiff,**

      v.                           CASE NO. 12-3203-SAC

**RAY ROBERTS, et al.,**

                **Defendants.**

**MEMORANDUM AND ORDER**

    This matter is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff is a prisoner at the Crossroads Correctional Facility, Cameron, Missouri.

    By its order of December 5, 2012 (Doc. 2), the court granted plaintiff to and including January 4, 2013, to submit the filing fee or a motion to proceed in forma pauperis and to clarify the record to state what, if any, relief he obtained in motions filed in 2008 and any subsequent efforts to obtain relief between those motions and filing the present action. Plaintiff was advised the failure to file a timely response might result in the dismissal of this matter without additional prior notice.

    A court has the inherent power to dismiss an action for failure to prosecute to ensure the orderly and expeditious resolution of its cases. *Link v. Wabash Railroad Co.,* 370 U.S. 626, 630-31 (1962). Because there has been no response to the order of December 5, 2012, the court concludes this matter may be dismissed.

    IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed for lack of prosecution.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

DATED: This 11th day of January, 2013, at Topeka, Kansas.

                                          S/ Sam A. Crow
                                          SAM A. CROW
                                          U.S. Senior District Judge